# Court of Appeals
# of the State of Georgia

ATLANTA, ___May 26, 2016___

*The Court of Appeals hereby passes the following order:*

## A16D0381. JAMES JACKSON CARSWELL v. THE STATE.

In 2010, James Jackson Carswell pled guilty to aggravated assault, obstruction of an officer, criminal damage to property, and possession of a firearm. Since that time, Carswell has filed multiple motions for sentence modification and appeals of the denials of those motions.[1] In January 2016, Carswell filed a motion for out-of-time appeal. The trial court denied the motion on January 13, 2016. On May 12, 2016, Carswell filed this application for discretionary review of the trial court's denial of his motion for out-of-time appeal. We, however, lack jurisdiction.

The denial of a motion for out-of-time appeal is directly appealable. See *Lunsford v. State*, 237 Ga. App. 696, 696 (515 SE2d 198) (1999). Ordinarily, when a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d); *Hill v State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). Here, Carswell filed his application 120 days after the trial court's order was entered. In his application, Carswell concedes his application was not timely filed. Nonetheless, he requests that this Court consider his untimely application. The proper and timely filing of the application, however, is an absolute requirement to confer appellate jurisdiction upon this Court. See *Rowland v. State*, 264 Ga. 872, 872

---

[1] See Case Nos. A11D0143, A12A0339, A12D0009, A12A0805.

(452 SE2d 756) (1995). Accordingly, the application is untimely and is hereby DISMISSED for lack of jurisdiction. See *Hill*, supra.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, ___05/26/2016___*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*